# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RAMON TOPETE, Defendant. | CR 05-38-GF-BMM-3 ORDER |

Pending before the Court is the motion of the United States to dismiss the pending Indictment and quash the arrest warrant against the defendant. For good cause shown,

IT IS ORDERED that the Indictment in this case is hereby DISMISSED without prejudice, and the arrest warrant is QUASHED.

DATED this 13th day of January 2023.

_____
Brian Morris, Chief District Judge
United States District Court